# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER NAHM**, individually; and the **GRACE NAHM**, individually,<br><br>Plaintiffs,<br><br>v.<br><br>**CARNIVAL CORPORATION,** a Panama corporation; **CARNIVAL PLC,** an England and Wales Corporation; and **PRINCESS CRUISE LINES, LTD.,** a Bermuda Corporation**,**<br><br>Defendants. | CASE NO: CV 20-9777-GW-MRWx<br><br>*[Assigned to the Hon. George H. Wu]*<br><br>**ORDER OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Magistrate Judge: Hon. Michael R. Wilner<br><br>Filed: October 23, 2020<br>Trial: None Set |

# ORDER

Upon consideration of the Stipulation to Dismiss Defendants and all of their claims ("Stipulation"), IT IS HEREBY ORDERED THAT the Stipulation is hereby GRANTED. CARNIVAL CORPORATION, a Panama Corporation; CARNIVAL PLC, an England and Wales Corporation; and PRINCESS CRUISE LINES, LTD., a Bermuda Corporation, and all of their claims are hereby dismissed from this action with prejudice.

Each party shall bear their/its own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED.**

Dated: July 6, 2021

Hon. George H. Wu
United States District Judge

# FEDERAL COURT PROOF OF SERVICE

Nahm, et al v. Carnival Corporation, et al.; Case No.: 2:20-CV-09777-GW-MRWx

I am employed in the County of Los Angeles. I am over the age of 18 years and not a party to this action. My business address is the Law Offices of Cotchett, Pitre & McCarthy LLP, 2716 Ocean Park Boulevard, Suite 3088, Santa Monica, California 90405. On July 6, 2021, I served true copies of the following document(s) on the interested parties in this action as follows:

**[PROPOSED] ORDER OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

**[SEE ATTACHED SERVICE LIST]**

✓ **VIA E-MAIL:** Pursuant to the stipulation entered into between the Parties on December 3, 2020. My e-mail address is msoto@cpmlegal.com. I am readily familiar with this firm's practice for causing documents to be served by e-mail. Following that practice, I caused the aforementioned document(s) to be emailed to the addressee(s) specified above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed on July 6, 2021, at Los Angeles, California.

*/s/ Mallory J. Soto*
Mallory J. Soto

# SERVICE LIST

Nahm, et al v. Carnival Corporation, et al.; Case No.: 2:20-CV-09777-GW-MRWx

| | |
|---|---|
| Nanci E. Nishimura<br>James G. Dallal<br>**Cotchett, Pitre & McCarthy LLP**<br>840 Malcolm Road<br>Burlingame, CA 94010<br>nnishimura@cpmlegal.com<br>jdallal@cpmlegal.com<br><br>Robert B. Hutchinson<br>Kelly W. Weil<br>Theresa E. Vitale<br>**Cotchett, Pitre & McCarthy LLP**<br>2716 Ocean Park Blvd., Suite 3088,<br>Santa Monica, CA 90405<br>rhutchinson@cpmlegal.com<br>kweil@cpmlegal.com<br>tvitale@cpmlegal.com<br>msoto@cpmlegal.com | **Attorneys for Plaintiffs Peter Nahm, individually; and Grace Nahm, individually** |
| P. Terry Anderlini<br>**Anderlini & McSweeney LLP**<br>66 Bovet Rd., Suite 285<br>San Mateo, CA 94402<br>tanderlini@amlawoffice.com<br>jmorgus@amlawoffice.com | **Attorneys for Plaintiffs Peter Nahm, individually; and Grace Nahm, individually** |
| Jeffrey B. Maltzman<br>Ed Nield<br>Gabrielle Nield<br>**Maltzman & Partners**<br>West Lake Professional Center<br>681 Encinitas Blvd., Suite 315<br>Encinitas, CA 92024<br>jeffreym@maltzmanpartners.com<br>edn@maltzmanpartners.com<br>gabn@maltzmanpartners.com<br>rafaelac@maltzmanpartners.com<br>michaels@maltzmanpartners.com<br>bekkaw@maltzmanpartners.com | **Attorneys for Defendant Princess Cruise Line Ltd.** |

| | |
|---|---|
| Jonathan W. Hughes<br>Andrew C. Johnson<br>**Arnold & Porter**<br>Three Embarcadero Center, 10th Fl.<br>San Francisco, CA 94111<br>jonathan.hughes@arnoldporter.com<br>andrew.johnson@arnoldporter.com<br>angel.nakamura@arnoldporter.com<br>christopher.odell@arnoldporter.com<br>chris.bruner@arnoldporter.com<br>david.weiner@arnoldporter.com<br>katie.scott@arnoldporter.com<br>xap-coral@arnoldporter.com | **Attorneys for Defendants, Carnival Corporation and Carnival PLC** |